RECEIVED
LAKE CHARLES, LA
JUL 20 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DARREN GESE<br>FED. REG. #25752-001 | : | DOCKET NO. 2:10 CV1703<br>SECTION "P" |
| VS. | : | JUDGE MINALDI |
| JOE YOUNG | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the petition for writ of *habeas corpus* be DENIED and DISMISSED with prejudice because the petitioner has not shown that he is in custody in violation of the Constitution or laws of the United States.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 19 day of July 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE